1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    COLBECK CAPITAL MANAGEMENT;

10                Third-Party Movant,

11                                              Case No. 3:16-cv-543-LRH-CWH
           v.
12                                              *Underlying Litigation:*
     ORACLE INTERNATIONAL                       Case No. 2:14-cv-1699-LRH-CWH
13   CORPORATION, a California corporation; and
     ORACLE AMERICA, INC., a Delaware           ORDER
14   corporation,

15
                  Respondent.
16

17        Before the court is respondents Oracle America, Inc. and Oracle International

18   Corporation's (collectively "Oracle") motion for reassignment of action to Magistrate Judge

19   Peggy Leen. ECF No. 26. Third-party movant Colbeck Capital Management ("Colbeck") filed

20   an opposition to the motion (ECF No. 45) to which Oracle replied (ECF No. 47).

21        This action was initiated by Colbeck in response to a subpoena issued in the underlying

22   litigation between Oracle and Rimini Street, Inc. ("Rimini") in case no. 2:14-cv-1699-LRH-

23   CWH. Magistrate Judge Leen was originally assigned as the magistrate judge in the underlying

24   litigation. However, after the appointment of Attorney West Allen, counsel for Rimini, to

25   chairperson of the merit selection panel considering Magistrate Judge Leen's reappointment as a

26   magistrate judge, Magistrate Judge Leen recused herself from that action to avoid any

27   appearance of conflict arising from Allen's appointment. Magistrate Judge Carl Hoffman was

28   then assigned as the magistrate judge for that action. After Colbeck initiated the present

                                              1

litigation, Magistrate Judge Hoffman was similarly assigned as the magistrate judge in this action.

The court has already addressed Oracle's similar motion for reassignment of the underlying action to Magistrate Judge Leen and found that reassignment was not appropriate because Magistrate Judge Leen's recusal was "for all further proceedings" in the underlying action and that judicial recusal is a final act. *See* ECF No. 328, case no. 2:14-cv-1699-LRH-CWH. Because the underlying action is not reassigned, this action shall likewise stay with Magistrate Judge Hoffman. Therefore, the court shall deny Oracle's motion for reassignment.

IT IS THEREFORE ORDERED that respondents' motion for reassignment (ECF No. 26) is DENIED.

IT IS SO ORDERED.

DATED this 16 day of November, 2016.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2