| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:   702.382.7300<br>Facsimile:    702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN<br>BEKO O. REBLITZ-RICHARDSON<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone:   510.874.1000<br>Facsimile:    510.874.1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com<br><br>Attorneys for Oracle America, Inc. and Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON<br>JOHN A. POLITO<br>NITIN JINDAL<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:   415.442.1000<br>Facsimile:    415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br>nitin.jindal@morganlewis.com<br><br>DORIAN DALEY<br>DEBORAH K. MILLER<br>JAMES C. MAROULIS<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:   650.506.4846<br>Facsimile:    650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLBECK CAPITAL MANAGEMENT,<br>           Third-Party Movant,<br>     v.<br>ORACLE INTERNATIONAL CORPORATION and ORACLE AMERICA, INC.,<br>           Respondents.<br><br>*Underlying Litigation*<br>**Case No. 2:14-CV-01699-LRH-CWH**<br><br>RIMINI STREET, INC., a Nevada corporation;<br>           Plaintiff,<br>     v.<br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>           Defendant. | Case No.  3:16-CV-00543-LRH-CWH<br><br>**ORDER GRANTING IN PART AND DENYING IN PART COLBECK CAPITAL MANAGEMENT'S MOTION TO QUASH SUBPOENA DUCES TECUM** |

| | |
|---|---|
| 1 | ORACLE AMERICA, INC., a Delaware corporation, *et al.*, |
| 2 | Counterclaimants, |
| 3 | v. |
| 4 | RIMINI STREET, INC., a Nevada corporation, *et al.*, |
| 5 | Counterdefendants. |

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART COLBECK'S MOTION TO QUASH

## Order

Pending before this Court is Third-Party Movant Colbeck Capital Management's ("Colbeck") Motion to Quash Subpoena Duces Tecum. ECF Nos. 1, 2. Having considered Colbeck's Motion to Quash, and good cause appearing:

IT IS HEREBY ORDERED THAT Colbeck's Motion To Quash is GRANTED IN PART and DENIED IN PART as follows:

1. Oracle and Colbeck shall meet and confer within 10 days of entry of this Order regarding the cost of complying with the Court's directions at the December 16, 2016 hearing, including the number of Colbeck custodians at issue. Following such meet and confer, Colbeck shall produce the final loan transaction documents between Colbeck and Rimini, Rimini's loan application, information that Rimini sent to Colbeck in trying to obtain the loan, and any communications between Colbeck and Rimini constituting or reflecting the negotiation of the loan transaction.

2. Colbeck need not produce its internal analyses of the transaction.

DATED: January 12, 2017    By: _____
                           Hon. Carl W. Hoffman
                           United States Magistrate Judge

# CERTIFICATE OF SERVICE

I certify that on January 11, 2017, I electronically transmitted the foregoing: **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART COLBECK CAPITAL MANAGEMENT'S MOTION TO QUASH SUBPOENA DUCES TECUM; and DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART COLBECK CAPITAL MANAGEMENT'S MOTION TO QUASH SUBPOENA DUCES TECUM** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: January 11, 2017

Morgan, Lewis & Bockius LLP

By: /s/ Thomas S. Hixson
Thomas S. Hixson

Attorneys for Counterclaimant
Oracle America, Inc. and
Defendant and Counterclaimant
Oracle International Corporation

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:  702.382.7300<br>Facsimile:  702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN<br>BEKO O. REBLITZ-RICHARDSON<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone:  510.874.1000<br>Facsimile:  510.874.1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com<br><br>Attorneys for Oracle America, Inc. and Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON<br>JOHN A. POLITO<br>NITIN JINDAL<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:   415.442.1000<br>Facsimile:   415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br>nitin.jindal@morganlewis.com<br><br>DORIAN DALEY<br>DEBORAH K. MILLER<br>JAMES C. MAROULIS<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:   650.506.4846<br>Facsimile:   650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COLBECK CAPITAL MANAGEMENT,<br><br>            Third-Party Movant,<br><br>     v.<br><br>ORACLE INTERNATIONAL CORPORATION and ORACLE AMERICA, INC.,<br><br>            Respondents.<br><br><br>*Underlying Litigation*<br><br>**Case No. 2:14-CV-01699-LRH-CWH**<br><br>RIMINI STREET, INC., a Nevada corporation;<br><br>            Plaintiff,<br><br>     v.<br><br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Defendant. | Case No.  3:16-CV-00543-LRH-CWH<br><br>**DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART COLBECK CAPITAL MANAGEMENT'S MOTION TO QUASH SUBPOENA DUCES TECUM** |

| | |
|---|---|
| 1 | ORACLE AMERICA, INC., a Delaware corporation, *et al.*, |
| 2 | Counterclaimants, |
| 3 | v. |
| 4 | RIMINI STREET, INC., a Nevada corporation, *et al.*, |
| 5 | Counterdefendants. |

2

DECLARATION OF THOMAS S. HIXSON ISO [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART COLBECK'S MOTION TO QUASH

**DECLARATION OF THOMAS S. HIXSON**

I, Thomas S. Hixson, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and a partner with Morgan, Lewis & Bockius LLP, counsel of record for Respondents Oracle America, Inc. and Oracle International Corporation's (collectively "Oracle") in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. I make this declaration in support of the [Proposed] Order Granting In Part And Denying In Part Colbeck Capital Management's Motion To Quash Subpoena Duces Tecum ("Proposed Order"), pursuant to Civil Local Rule 7-2(f). *See also* Minutes of Proceedings, ECF No. 52 (granting in part and denying in part Colbeck's motion to quash).

3. I served a draft proposed order on Third-Party Movant Colbeck Capital Management ("Colbeck") on December 21, 2016.

4. Colbeck initially stated its reasons for disapproval on December 27, 2016. However, the parties subsequently met and conferred and, through joint revisions, were able to resolve Colbeck's objections. Thus, the terms and form of the Proposed Order have been agreed to by both parties.

I executed this declaration on this 10th day of January, 2017 at San Francisco, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 11, 2017          MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Thomas S. Hixson
Thomas S. Hixson
Attorney for Counterclaimant Oracle America, Inc. and Defendant and Counterclaimant Oracle International Corporation